IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PSI SALES, INC., )
 )
       Plaintiff, ) 1:04CV356
 )
    v. )
 )
COMACT, INC. and HI-TECH )
ENGINEERING, INC. d/b/a HI-TECH )
COMACT, )
 )
       Defendants. )

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the docket of the court.

IT IS ORDERED that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS FURTHER ORDERED that the Clerk forthwith serve copies of this judgment by United States mail upon the attorneys for the parties appearing in this action.

This the 6th day of April, 2006.

_____
United States District Judge